**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CR-00008 (WLS-ALS) |
| | : | |
| SHYHEIM BANKS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Before the Court is Defendant Shyheim Banks's Motion to Continue (Doc. 47). His trial was already continued June 4, 2026. (Doc. 46). Accordingly, Defendant's Motion to Continue is **DENIED-AS-MOOT**, without prejudice. The Court further notes and acknowledges, by virtue of Defendant's motion, Defendant does not object to the aforesaid continuance.

**SO ORDERED**, this 29th day of June 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1