**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:26-cr-8–WLS-ALS-1** |
| **SHYHIEM BANKS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

On October 6, 2026, the Court held a Pretrial Conference in this case. The Court enters this Order to memorialize the discussions and instructions given at the Pretrial Conference.

At the conference Defendant's Counsel notified the Court that Defendant is still engaged in discussions with the possibility of entering into a plea agreement. In order to allow time for final negotiations and a change of plea hearing prior to the expiration of November 2026 Valdosta Trial Term, Defendant was given fourteen days within which to advise the Court in writing whether this case will go to trial during the Court's November 2026 Valdosta Trial Term.

In the event plea negotiations are unsuccessful, the Parties anticipate that a trial of this matter will take four days.

Accordingly, on or before **Tuesday, October 20, 2026**, Defendant shall notify the Court in writing whether he intends to change his plea to guilty at which time a change of plea hearing will be scheduled as soon as practicable to occur prior to the conclusion of the Court's November 2026 Valdosta Trial Term. Otherwise, this matter will be scheduled for trial during the November 2026 Valdosta Trial Term.

**SO ORDERED**, this 7th day of October 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**